```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | NO. C 08 1244 WHA |
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL |
| SILVESTRI CONSTRUCTION, INC., a California corporation | |
| Defendant. | |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for June 12, 2008 at 11:00 a.m. in Courtroom No. 9, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: May 7, 2008

                                        ERSKINE & TULLEY

                                        By:/s/Michael J. Carroll
                                            Michael J. Carroll
                                            Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

1 PROOF OF SERVICE BY MAIL

2 I am a citizen of the United States and employed in the City and
3 County of San Francisco, California.  I am over the age of eighteen
4 years and not a party to the within above entitled action; my
5 business address is 220 Montgomery Street, Suite 303, San
6 Francisco, California 94104.  On May 7, 2008 I served the within
7 NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by
8 placing a true copy thereof enclosed in a sealed envelope with
9 postage thereon fully prepaid, in the United States post office
10 mail box at San Francisco, California, addressed as follows:

11 **Kate Short**
**c/o Silvestri Construction**
12 **2100 Garden Road, Ste B10**
**Monterey, CA 93940**
13
14 I, SHARON EASTMAN, certify (or declare), under penalty of perjury
15 that the foregoing is true and correct.
16 Executed on May 7, 2008 at San Francisco, California.

17
                                /s/Sharon Eastman
18                              Sharon Eastman